

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, NY 11201*

February 14, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: *Sandoval v. LaRocco, et al.*, No. 26-cv-00832 (SJB)

Dear Judge Bulsara:

   This Office represents Respondents in the above-captioned case in which Petitioner David Dalfredo Garcia Sandoval, an alien in removal proceedings, filed a petition for a writ of habeas corpus on February 12, 2026 challenging his detention by U.S. Immigration and Customs Enforcement ("ICE").  *See* ECF No. 1 ("Petition").  Respondents write respectfully in accordance with Your Honor's Orders dated February 13, 2026, (1) requiring Respondents to provide a declaration "providing the facts surrounding Petitioner's arrest and detention" and "an explanation as to why no factual predicate was provided" with Respondents response to the Petition (ECF No. 8 (the "Response")[1] and (2) ordering Respondents to effectuate Petitioner's release from custody by 12 p.m. today and to file a letter on the docket confirming Petitioner's release by the same time. *See* ECF No. 10.

   Respondents apologize for not filing a declaration with their Response to the Petition. As the Court may be aware, this Office has received a number of habeas petitions, including six in Central Islip, requiring a response within approximately 24 hours and with hearings or deadlines on February 13 (the same date the Response was due) and thus the undersigned, as well as agency counsel, was working on a number of cases simultaneously. While this Office conferred with agency counsel and received information and documents about this case to confirm that the detention was indeed pursuant to 8 U.S.C. § 1225, as well as a working declaration, prior to the 5 p.m. deadline, there was not sufficient time to review and finalize the declaration before the deadline. In an effort to comply with the deadline and the Court's Order dated February 12, 2026, and to facilitate Petitioner's anticipated release (because the basis of detention was, admittedly, § 1225), this Office filed the Response with Petitioner's detention history and a response to the writ with "any legal or factual arguments" as required by the Court's February 12, 2026 Order. This Office apologizes for any inconvenience to the Court for misunderstanding the requirements of the February 12, 2026 order to include a declaration outlining the circumstances of the arrest. A finalized version of the Deportation Officer Michael E. Damiano (the "Declaration") is attached. As stated in the Declaration, Petitioner was arrested and detained under 8 U.S.C. §1225 because ICE determined that he had never been lawfully admitted into the United States.

---

[1] The undersigned notes that this Office is submitting a virtually identical letter in the matter of *Magana v. Joyce, et al.*, 26-cv-835 also assigned to Your Honor and also pursuant to a similar order from Your Honor dated February 13, 2026

As set forth in the accompanying Declaration, Petitioner was released today at 9:50 a.m. from Delaney Hall.[2]

Thank you for the Court's time and attention to this matter.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ Marika M. Lyons
MARIKA M. LYONS
Assistant United States Attorney
(718) 254-6484

cc: All Counsel of Record (by ECF)

---

[2]  At 7:09 p.m. February 13, 2026, we notified agency counsel of the Court's order requiring Petitioner's release; however, Petitioner was transferred to Delaney Hall at 7:31 p.m. the same evening.  As of 9:50 a.m., Petitioner was released from Delaney Hall.

2