UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DAVID DALFREDO GARCIA SANDOVAL,

|                          |                      |
|--------------------------|----------------------|
| Petitioner,              | Civil Action No.     |
|                          | No. 26-cv-832        |
| v.                       | (Bulsara, J.)        |
|                          |                      |
| ANTHONY J. LAROCCO, et. al. |                   |
|                          |                      |
| Respondents.             |                      |

-------------------------------------------------------------------x

## <u>DECLARATION OF MICHAEL F. DAMIANO</u>

Pursuant to 28 U.S.C §1746, I, Michael F. Damiano hereby declare under penalty of perjury that the following is true and correct:

1. I am an acting Supervisory Detention and Deportation Officer ("SDDO") at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I started as a Deportation Officer on June 21, 2009 and served in the capacity as SDDO on January 12, 2026. I am familiar with certain DHS procedures relating to the processing, removal, detention, and parole of aliens. I have access to DHS and ICE files, records, and databases maintained in the ordinary course of DHS business, including records regarding Petitioner David Dalfredo Garcia Sandoval ("Petitioner") who is assigned Alien Number 241 102 178.

2. I have prepared this declaration in connection with a Petition for a Writ of Habeas Corpus filed by the Petitioner, a native and citizen of El Salvador. The following representations are based on my review of Petitioner's administrative records, consultation with my colleagues, and ICE electronic records and databases.

3. Petitioner entered the United States at an unknown place and time without encountering U.S. immigration officials.

4. In October 2016, Petitioner was arrested by the Nassau County Police Department for Driving Under the Influence of Alcohol.

5. On February 11, 2026, as part of a targeted investigation, ICE confirmed Petitioner had no records of legal entry and was a native and citizen of El Salvador.  ICE officers issued a form I-200 warrant for arrest of Petitioner.

6. On February 12, 2026, Petitioner was encountered and approached by ICE officers. He provided officers with his identification consisting of a New York State Driver's License. He also admitted to having no legal status in the United States.

7. Petitioner was arrested pursuant to the I-200 Warrant for Arrest and taken to processing offices at Nassau County Correctional Center ("NCCC"). During processing he was served with a Notice to Appear ("NTA") and the form I-200 Warrant for Arrest of Alien, attached hereto as Exhibit A and B. Petitioner was placed under arrest and detained pursuant to Immigration and Nationality Act ("INA") § 235(b)(2)(A), 8 U.S.C. 1225(b)(2)(A).

8. Thereafter he was transferred to NCCC, and on February 13, 2026 at 1931hrs he was transferred to Delaney Hall in Newark New Jersey.

9.  On February 13, 2026, ICE was ordered to release Petitioner by District Court Judge

Bulsara by 12:00 p.m. on February 14, 2026.

10. At 0950hrs, on February 14, 2026, Petitioner was released from Delaney Hall.

New York, New York
This 13th Day of February, 2026



MICHAEL F    Digitally signed by MICHAEL F
DAMIANO      DAMIANO
             DN: cn=MICHAEL F DAMIANO,
             o=U.S. Government, ou=People,
             email=Michael.F.Damiano@ice.
             dhs.gov, c=US

Michael F. Damiano
Acting Supervisory Detention and Deportation Officer
Immigration and Customs Enforcement
Department of Homeland Security