**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
**DAVID DALFREDO GARCIA SANDOVAL,**

Petitioner,

- against -

**JUDGMENT**
CV 26-0832 (SJB)

**ANTHONY J. LAROCCO,** *as Sherrif of Nassau County,* **NASSAU COUNTY CORRECTIONAL CENTER, U.S. DEPARTMENT OF HOMELAND SECURITY, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,**

Respondents.
-----------------------------------------------------X

It is,

**ORDERED AND ADJUDGED** that the writ is granted and judgment is entered in favor of Petitioner.

Dated: August ____, 2026
Central Islip, New York

Approved by: /s/ Sanket J. Bulsara 8/25/2026
SANKET J. BULSARA
United States District Judge

Dated: August 25, 2026
Central Islip, New York

Approved by: [signature]
BRENNA B. MAHONEY
Clerk of Court